# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1767

_____

United States of America

*Plaintiff - Appellee*

v.

Manuel A. Contreras

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri

_____

Submitted: September 19, 2024
Filed: September 24, 2024
[Unpublished]

_____

Before GRASZ, STRAS, and KOBES, Circuit Judges.

_____

PER CURIAM.

Manuel Contreras appeals the sentence imposed by the district court[1] after he pled guilty to distribution of cocaine, pursuant to a plea agreement that includes an

---

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

appeal waiver. His counsel moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967).

Upon careful review, we conclude the appeal waiver is valid, enforceable, and applicable to the sentencing issues raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing validity and applicability of appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (enforcing appeal waiver if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and it would not result in a miscarriage of justice). We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw, and we dismiss the appeal.

_____